PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. AARON L. HENRYHAND**              **Docket No.  5:14-CR-36-4 D**

### Petition for Action on Conditions of Pretrial Release
### Warrant Requested

COMES NOW Robert K. Britt, probation officer of the court, presenting an official report upon the conduct of defendant, AARON L. HENRYHAND, who was placed under pretrial release supervision by the Honorable William, A. Webb U.S. Magistrate Judge, sitting in the Court at  Raleigh, NC, on the  20th day of March, 2014, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Surrender any passport to the United States Probation Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to:      William Farris Jr., Jarry Marsh, Stephanie Swinton, and Trevor Boyk.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

The defendant entered a guilty plea on July 14, 2014, before the Honor James C. Dever III and was continued on pretrial release. Sentencing is scheduled for October 14, 2014, in Raleigh, NC.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 9, 2014, Mr. Henryhand was arrested in Cumberland County, North Carolina and charged with the following:

14CR61157 - Robbery With a Dangerous Weapon and Possession of Stolen Goods that occurred on July 21, 2014.

14CR61158 - Robbery With a Dangerous Weapon, Conspiracy to Commit Robbery With a Dangerous Weapon, and Possession of Stolen Goods that occurred on July 21, 2014.

14CR61154 - Robbery With a Dangerous Weapon and Conspiracy to Commit Robbery With a Dangerous Weapon that occurred on August 26, 2014.

14CR61201 - Robbery With a Dangerous Weapon and Conspiracy to Commit Robbery With a Dangerous Weapon that occurred on September 5, 2014.

According to the Fayetteville Police Department and the FBI, Mr. Henryhand has been involved in using the internet to lure potential buyers and sellers of property to certain locations where they were robbed at gunpoint. These robberies occurred on three separate dates with two robberies occurring on the same day. Mr. Henryhand was identified in a police lineup and stolen property has been recovered from him.

**PRAYING THAT THE COURT WILL ORDER:**   a warrant be issued and the defendant's release be revoked pending his sentencing on October 14, 2014.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Robert K. Britt

Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: September 11, 2014

**ORDER OF COURT**

Considered and ordered this __18__ day of __September__, 2014, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge