UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-00036-D-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AARON L. HENRYHAND | ) | |
| | ) | |

This matter comes now before the Court on motion of the United States, by and through the United States Attorney, to substitute its earlier-filed pleading, captioned as a "Motion for Hearing to Relieve Government of Certain Obligations under Plea Agreement" and appearing at Docket Entry No. 111, with a redacted version. For good cause shown, the Court hereby GRANTS the government's motion

The Clerk of Court, or other designated official, is hereby directed to remove the government's motion currently on file at Docket Entry No. 111 and replace such motion in the Court's CM/ECF docketing system with the redacted version submitted by the government herewith.

SO ORDERED.

This the  2  day of  October , 2014.

JAMES C. DEVER, III
Chief United States District Judge